UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546-WILLIAMS

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE**
(**PAYMENT OF FILING FEE**)

Plaintiff, Winston Maracallo, notices the Court and all parties of his compliance with the Clerk's Notice to pay case filing fee at ECF No. 3.

Dated this 12th day of February 2024.

                        s/Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq.
                        Fla. Bar No. 174742
                        brian@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:    305.230.4884
                        *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*