**From:** cmecfautosender@flsd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-20546-KMW Maracallo v. CUSANO AIR CONDITIONING & HEATING, INC. et al Notice of Compliance of Filing Fee-$402.00 Electronic Civil Case Filing
**Date:** February 12, 2024 at 4:03 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered by Pollock, Brian on 2/12/2024 at 4:02 PM EST and filed on 2/12/2024

**Case Name:** Maracallo v. CUSANO AIR CONDITIONING & HEATING, INC. et al
**Case Number:** [1:24-cv-20546-KMW](#)
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**Notice of Compliance of Filing Fee $405.00, receipt number AFLSDC-17286781, Electronic Civil Case Filing re [4] Clerk's Notice to Filer re: Electronic Case, (Pollock, Brian)**

**1:24-cv-20546-KMW Notice has been electronically mailed to:**

Brian Howard Pollock     brian@fairlawattorney.com, 4618759420@filings.docketbird.com, brianpesq@recap.email, dmorales@fairlawattorney.com, juan@fairlawattorney.com, steffany@fairlawattorney.com

**1:24-cv-20546-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**