UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

      Plaintiff,

v.

CUSANO AIR CONDITIONING & HEATING, INC.
AND JOHN E. CUSANO,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Winston Maracallo, notices the Court and all parties of the filing of the

PROPOSED SUMMONS.

Dated this 20th day of February 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*