UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24cv20546

WINSTON MARACALLO,

     Plaintiff,

vs.

CUSANO AIR CONDITIONING & HEATING, INC.
AND JOHN E. CUSANO,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    JOHN E. CUSANO
       4153 SW 47th Ave
       Suite 150-152
       Davie, FL 33314

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it)    or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)    you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Brian H. Pollock, Esq.
               FairLaw Firm
               135 San Lorenzo Avenue
               Suite 770
               Coral Gables, FL 33146
               Tel:    (305) 230-4884
               brian@fairlawattorney.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Feb 21, 2024

**SUMMONS**

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24cv20546

WINSTON MARACALLO,

     Plaintiff,

vs.

CUSANO AIR CONDITIONING & HEATING, INC.
AND JOHN E. CUSANO,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    CUSANO AIR CONDITIONING & HEATING, INC.
       c/o JOHN E. CUSANO, its Registered Agent
       4153 SW 47th Ave
       Suite 150-152
       Davie, FL 33314

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it)    or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)    you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Brian H. Pollock, Esq.
                FairLaw Firm
                135 San Lorenzo Avenue
                Suite 770
                Coral Gables, FL 33146
                Tel:   (305) 230-4884
                brian@fairlawattorney.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 21, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

Deputy Clerk
U.S. District Courts