UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

## NOTICE OF APPEARANCE BY PATRICK BROOKS LAROU, ESQ.

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Winston Maracallo, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 23rd day of February 2024.

    s/ Patrick Brooks LaRou, Esq.
    Patrick Brooks LaRou, Esq.
    Fla. Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel: (305) 230-4884
    *Counsel for Plaintiff*