| Period Starts | Period Ends | Pay Date | Worked Hours | Paid Hours | OT Hours | Regular Pay Rate | OT Pay Rate | OT Owed | Regular Time Owed | Regular Wages Owed | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/8/23 | 2/14/23 | 2/22/23 | 49.90 | 30.00 | 9.90 | $35 | $52.50 | $519.75 | 10.00 | $350.00 | |
| 2/15/23 | 2/21/23 | 2/28/23 | 44.82 | 25.00 | 4.82 | $35 | $52.50 | $253.05 | 15.00 | $525.00 | |
| 2/22/23 | 2/28/23 | 3/7/23 | 47.55 | 25.00 | 7.55 | $35 | $52.50 | $396.38 | 15.00 | $525.00 | |
| 3/1/23 | 3/7/23 | 3/14/23 | 49.94 | 28.00 | 9.94 | $35 | $52.50 | $521.85 | 12.00 | $420.00 | |
| 3/8/23 | 3/14/23 | 3/21/23 | 40.03 | 23.00 | 0.03 | $35 | $52.50 | $1.58 | 17.00 | $595.00 | |
| 3/15/23 | 3/21/23 | 3/28/23 | 29.98 | 21.00 | 0.00 | $35 | $52.50 | $0.00 | 8.98 | $314.30 | |
| 3/22/23 | 3/28/23 | 4/4/23 | 24.58 | 0.00 | 0.00 | $35 | $52.50 | $0.00 | 24.58 | $860.30 | |
| | | | **286.80** | | **32.24** | | | **$1,692.60** | **102.56** | **$3,589.60** | **$5,282.20** |

| | |
|---|---|
| Regular Week Shift | 40.00 |
| Pay Rate | $35.00 |
| OT Rate | $52.50 |