UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING & HEATING, INC. AND JOHN E. CUSANO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, CUSANO AIR CONDITIONING & HEATING, INC.

Plaintiff Winston Maracallo files the Return of Service on Defendant Cusano Air Conditioning & Heating, served on March 7, 2024.

Dated this 12th day of March 2024.

                                s/Brian H. Pollock, Esq.
                                Brian H. Pollock, Esq.
                                Fla. Bar No. 174742
                                brian@fairlawattorney.com
                                FAIRLAW FIRM
                                135 San Lorenzo Avenue
                                Suite 770
                                Coral Gables, FL 33146
                                Tel:    305.230.4884
                                *Counsel for Plaintiff*