## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-20546-KMW

Plaintiff:
**WINSTON MARACALLO**

vs.

Defendant:
**CUSANO AIR CONDITIONING & HEATING, INC. AND JOHN E. CUSANO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 21st day of February, 2024 at 2:50 pm to be served on **CUSANO AIR CONDITIONING & HEATING, INC. c/o JOHN E. CUSANO, its Registered Agent, 4153 SW 47th Ave., Suite 150-152, Davie, FL 33314**.

I, Kenneth Wolf, do hereby affirm that on the **7th day of March, 2024** at **10:08 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Joseph Cusano** as **Son of Registered Agent and Business Manager** for CUSANO AIR CONDITIONING & HEATING, INC., at the address of: **4153 SW 47th Ave., Suite 150-152, Davie, FL 33314**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Military Status:** Based upon inquiry at the time of service, the party to be served is not in the military.

**Marital Status:** Based upon inquiry at the time of service, they refused to state whether the party to be served is married.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: Caucasian, Height: 6'4", Weight: 210, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Kenneth Wolf**
Special Process Server, No 188

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2024000257