**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-20546**

WINSTON MARACALLO,

    Plaintiff,

v.

CUSANO AIR CONDITIONING &
HEATING, INC. AND JOHN E. CASANO,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS ACTION came for consideration on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, and the issues having been duly considered and the Court having otherwise been duly advised and informed,

It is hereby **ORDERED AND ADJUDGED**;

That the Motion is granted and Defendants shall serve their response to the Complaint on or before April 11, 2024.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of March 2024.

 

                                                         UNITED STATES DISTRICT JUDGE