UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:24-cv-20546-KMW

WINSTON MARACALLO,

    Plaintiff,

v.

CUSANO AIR CONDITIONING &
HEATING, INC. AND JOHN E. CUSANO,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    John Y. Doty, of the law firm of Fisher & Phillips LLP, hereby notifies the Court and the plaintiff of his appearance as counsel for Defendants. All future correspondence, papers and pleadings relating to this case should be mailed, faxed or emailed to the undersigned.

Date:  April 11, 2024

                                                   Respectfully submitted,

                                                 By: /s/ *Charles S. Caulkins*
                                                          Charles S. Caulkins
                                                         Florida Bar No. 461946
                                                         ccaulkins@fisherphillips.com
                                                         John Y. Doty
                                                         Florida Bar No. 1030883
                                                         jdoty@fisherphillips.com
                                                         FISHER & PHILLIPS LLP
                                                         201 East Las Olas Boulevard, Suite 1700
                                                         Fort Lauderdale, Florida 33301
                                                         Phone: (954) 525-4800
                                                         Facsimile: (954) 525-8739

                                                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 11, 2024**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        */s/ John Y. Doty*
                                                          John Y. Doty, Esq.

**SERVICE LIST**

Brian H. Pollock, Esq.
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884

*Attorney for Plaintiff*