# EXHIBIT A

| Pay Date | Reg Hours | Reg Pay | OT Hours | OT Pay | Total | Net Pay according to Payroll |
|---|---|---|---|---|---|---|
| 2/22/2023 | 40 | $ 1,400.00 | 0.33 | $ 17.50 | $ 1,417.50 | $ 1,050.00 |
| 2/28/2023 | 32.33 | $ 1,131.55 | 0 | $ - | $ 1,131.55 | $ 875.00 |
| 3/7/2023 | 25.33 | $ 886.55 | 0 | $ - | $ 886.55 | $ 875.00 |
| 3/14/2023 | 40 | $ 1,400.00 | 4.28 | $ 224.70 | $ 1,624.70 | $ 980.00 |
| 3/21/2023 | 40 | $ 1,400.00 | 1.5 | $ 78.75 | $ 1,478.75 | $ 805.00 |
| 3/28/2023 | 37.08 | $ 1,297.80 | 0 | $ - | $ 1,297.80 | $ 735.00 |
| 4/4/2023 | 32.25 | $ 1,128.75 | 0 | $ - | $ 1,128.75 | |

| Plaintiff's Rate of Pay | Plaintiff's OT Rate of Pay |
|---|---|
| $35/hr | $52.50/hr |