UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Winston Maracallo, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

   a) Winston Maracallo – Plaintiff;

   b) Brian H. Pollock, Esq. – counsel for Plaintiff;

   c) P. Brooks LaRou, Esq. – counsel for Plaintiff;

   d) Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

   e) Cusano Air Conditioning & Heating, Inc. – Defendant;

   f) John E. Cusano – Defendant;

   g) Charles S. Caulkins, Esq. – counsel for Defendants;

   h) John Y. Doty, Esq. – counsel for Defendants;

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

      i)      Fisher & Phillips LLP – counsel for Defendants.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiff.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiff, Winston Maracallo.

**5. Check one of the following:**

    _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                  **-or-**

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

    Respectfully submitted this 15th day of April 2024.

                                              s/ Patrick Brooks LaRou
                                              Brian H. Pollock, Esq.
                                              Florida Bar No. 174742
                                              brian@fairlawattorney.com
                                              Patrick Brooks LaRou, Esq.
                                              Florida Bar No. 1039018
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 230-4884
                                              *Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by CM/ECF this 15th day of April 2024, which will serve copies on Charles S. Caulkins, Esq. and John Y. Doty, Esq., ccaulkins@fisherphillips.com and jdoty@fisherphillips.com, FISHER & PHILLIPS LLP, 201 East Las Olas Boulevard, Suite 1700, Fort Lauderdale Florida 33301 as *Counsel for Defendants*.

                                              s/ Patrick Brooks LaRou
                                              Patrick Brooks LaRou, Esq.

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*