UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC., *et al.*

    Defendants.
_____/

## JOINT NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

Plaintiff, Winston Maracallo, and Defendants, Cusano Air Conditioning & Heating, Inc. and John E. Cusano (collectively, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court of their availability to attend a settlement conference before Magistrate Judge Goodman pursuant to this Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 7]. The Parties and their counsel are available to conduct the Settlement Conference on the following dates: May 16, 20, 21, and 22, 2024.

Respectfully submitted this 19th day of April 2024.

| s/ Patrick Brooks LaRou | s/ John Y. Doty |
|---|---|
| Brian H. Pollock, Esq. | Charles S. Caulkins, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 0461946 |
| brian@fairlawattorney.com | ccaulkins@fisherphillips.com |
| Patrick Brooks LaRou, Esq. | John Y. Doty, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1030883 |
| brooks@fairlawattorney.com | jdoty@fisherphillips.com |
| FAIRLAW FIRM | FISHER & PHILLIPS, LLP |
| 135 San Lorenzo Avenue, Suite 770 | 201 East Las Olas Boulevard, Suite 1700 |
| Coral Gables, Florida 33146 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 230-4884 | Telephone: (954) 525-4800 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by CM/ECF this 19th day of April 2024, which will serve copies on Charles S. Caulkins, Esq. and John Y. Doty, Esq., ccaulkins@fisherphillips.com and jdoty@fisherphillips.com, FISHER & PHILLIPS LLP, 201 East Las Olas Boulevard, Suite 1700, Fort Lauderdale Florida 33301 as *Counsel for Defendants.*

                                                      s/ Patrick Brooks LaRou
                                                     Patrick Brooks LaRou, Esq.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com