UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC., *et al.*

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

THIS CAUSE came before the Court on Plaintiff, Winston Maracallo's Unopposed Motion to Reschedule Settlement Conference [ECF No. 26] and the Court, after considering the Motion, the lack of opposition, and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that same is

**GRANTED**; the Court will reschedule the Settlement Conference for a date other than May 16, 2024.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of April, 2024.

                                                _____
                                                JONATHAN GOODMAN
                                         UNITED STATES MAGISTRATE JUDGE

*Copies Furnished:*
Counsel of Record by CM/ECF