UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

This MATTER is set for jury trial for the week of May 30, 2025. The Parties propose to adhere to the following schedule:

| Date | Action |
| --- | --- |
| May 14, 2024 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| July 29, 2024 | The Parties shall file motions to amend pleadings or join Parties. |
| October 28, 2024 | Plaintiff(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| November 11, 2024 | Defendant(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| November 25, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| January 31, 2025 | The Parties shall complete all discovery, including expert discovery. |
| January 31, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |
| February 28, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert |

|  | testimony, whether based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis. |
|---|---|
| March 31, 2025 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before Calendar Call. |
| May 16, 2025 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| April 18, 2025 | The Parties shall submit their deposition designations. |

Respectfully submitted this 1st day of May 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ John Y. Doty
Charles S. Caulkins, Esq.
Florida Bar No. 0461946
ccaulkins@fisherphillips.com
John Y. Doty, Esq.
Florida Bar No. 1030883
jdoty@fisherphillips.com
FISHER & PHILLIPS, LLP
201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4700
*Counsel for Defendants*