UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING &
HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

The Court, having received and reviewed the Joint Scheduling Report and being otherwise duly advised in the premises thereof,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

**I.**     **CASE MANAGEMENT TRACK**

Pursuant to Local Rule 16.1 (a)(4), S.D.Fla.L.R., this case is placed on the Standard Case Management Track, as defined in Local Rule 16.1 (s)(2)(A), S.D.Fla.L.R.

**II.**     **DETAILED SCHEDULE OF DISCOVERY**

    (1)     The deadline to complete all fact discovery is January 31, 2025.

    (2)     The deadline to complete all expert discovery is January 31, 2025.

**III.**     **TIME LIMITS**

    (1)     The deadline to join other parties and to amend the pleadings is _____, 2024.

1

(2) The deadline for Plaintiff to furnish opposing counsel with a list of expert witnesses intended to be called as trial, along with the summaries/reports required by Local Rule 16.1(K), is November 18, 2024.

(3) The deadline for Defendant to furnish opposing counsel with a list of expert witnesses intended to be called at trial along with the summaries/reports required by Local Rule 16.1 (K), is December 16, 2024.

(4) The deadline to complete mediation is January 31, 2025.

(5) The deadline to file dispositive motions and supporting memoranda of law is February 28, 2025.

(6) The deadline to file the parties' joint pre-trial stipulation is May 16, 2025.

(7) The deadline to file all pre-trial motions including motions in limine and *Daubert* motions is March 31, 2025.

(8) The deadline for the Court to resolve all pre-trial motions is _____.

(7) The Pre-Trial Conference is scheduled for _____, 2025.

(8) The trial is scheduled for the two-week period commencing on _____.

**DONE** and **ORDERED** in Chambers, at Miami, Florida this ____ day of _____ 2024.

                                                                        KATHLEEN M. WILLIAMS
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel of Record