UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING &
HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Winston Maracallo, and Defendants, Cusano Air Conditioning & Heating, Inc. and John E. Cusano, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims.

Dated:  May 20, 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Charles S. Caulkins |
| Brian H. Pollock, Esq. | Charles S. Caulkins, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 0461946 |
| brian@fairlawattorney.com | ccaulkins@fisherphillips.com |
| Patrick Brooks LaRou, Esq. | John Y. Doty, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1030883 |
| brooks@fairlawattorney.com | jdoty@fisherphillips.com |
| FAIRLAW FIRM | FISHER & PHILLIPS, LLP |
| 135 San Lorenzo Avenue, Suite 770 | 201 East Las Olas Boulevard, Suite 1700 |
| Coral Gables, Florida 33146 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 230-4884 | Telephone: (954) 847-4700 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |