UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING &
HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, Jonathan Goodman, conduct any and all further proceedings in the case, including judicial review and approval of the settlement. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Dated: May 20, 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Charles S. Caulkins |
| Brian H. Pollock, Esq. | Charles S. Caulkins, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 0461946 |
| brian@fairlawattorney.com | ccaulkins@fisherphillips.com |
| Patrick Brooks LaRou, Esq. | John Y. Doty, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1030883 |
| brooks@fairlawattorney.com | jdoty@fisherphillips.com |
| FAIRLAW FIRM | FISHER & PHILLIPS, LLP |
| 135 San Lorenzo Avenue, Suite 770 | 201 East Las Olas Boulevard, Suite 1700 |
| Coral Gables, Florida 33146 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 230-4884 | Telephone: (954) 847-4700 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |