UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20546- WILLIAMS/GOODMAN

WINSTON MARACALLO,

    Plaintiff,

vs.

CUSANO AIR CONDITIONING
& HEATING, INC. AND JOHN E.
CUSANO,

    Defendants.
_____/

### **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 4]**

Plaintiff, Winston Maracallo, by and through his undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 7] by serving Defendants with a copy of the Court' Order, Plaintiff's Statement of Claim [ECF No. 12], and all documents supporting Plaintiff's claims (Maracallo 000001-000045) by email to Defendants' counsel on March 27, 2023.

Respectfully submitted this 27th day of March 2024.

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq.
    Florida Bar No. 174742
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by CM/ECF this 27th day of March 2024, which will serve copies on Charles S. Caulkins, Esq., ccaulkins@fisherphillips.com, FISHER & PHILLIPS LLP, 201 East Las Olas Boulevard, Suite 1700, Fort Lauderdale Florida 33301 as *Counsel for Defendants*.

s/ Patrick Brooks LaRou  
Patrick Brooks LaRou, Esq.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*