# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Winston Maracallo

## INVOICE

**Draft**

| | |
|---|---|
| Invoice # | 604 |
| Invoice Date: | 5/28/2024 |
| Due Date: | |

**Amount due**
12,490.50

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 8/24/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Initial intake with Mr. Maracallao; discuss his claim, what to expect, and review sign-up procedures | 1.00 | 500.00 |
| 9/27/2023 | Steffany Sanguino | Paralegal | Draft email to Mr. Maracallo requesting the client's documents to support his claims | 0.20 | 33.00 |
| 10/9/2023 | Luna Alvey Esq. | Draft/revise | letter to client re Privilege and preservation eng and spa | 0.40 | 160.00 |
| 10/19/2023 | Luna Alvey Esq. | Draft/revise | draft and send email to the client requesting docs | 0.20 | 80.00 |
| 11/14/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Review case regarding status and outstanding items to move case forward. | 0.20 | 80.00 |
| 11/14/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Text to client regarding overtime and paystubs. | 0.10 | 40.00 |
| 12/18/2023 | Steffany Sanguino | Paralegal | I called the client to f.u with documents. no.a I left a v.m and sent an email to f.u | 0.20 | 33.00 |
| 12/18/2023 | Steffany Sanguino | Paralegal | Receipt and review of Mr. Marcallo'sDL and Screenshots and then organize same. The client called me back to confirm the number we have on file is correct; he said if he doesn't answer, to email him. | 0.50 | 82.50 |
| 12/19/2023 | Steffany Sanguino | Paralegal | Telephone call with Mr. Maracallo to review the spreadsheet calculating the hours he is claiming | 0.30 | 49.50 |
| 1/31/2024 | Brian H. Pollock Esq. | Legal | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 150.00 |
| 2/1/2024 | Steffany Sanguino | Paralegal | T/C with client wherein he confirmed that he doesn't have any documents to provide us with. | 0.20 | 33.00 |
| 2/12/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Summonses on each Defendant, conduct research for same, and draft Complaint and review of file for same | 1.00 | 500.00 |
| 2/12/2024 | Steffany Sanguino | Paralegal | Draft Civil Cover Sheet for filing | 0.20 | 33.00 |
| 2/12/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Williams and Magistrate Judge Goodman) | 0.20 | 100.00 |
| 2/12/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Revise the proposed Complaint to address remaining issues | 0.50 | 162.50 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Clerk's Notice of Judicial Assignment (Judge Williams and Magistrate Judge Goodman) | 0.20 | 65.00 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Clerk's Notice regarding non-issuance of Summons. | 0.20 | 65.00 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Clerk's Notice of Compliance regarding receipt of filing fee. | 0.20 | 65.00 |
| 2/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Plaintiff's Notice of Compliance regarding filing fee. | 0.20 | 65.00 |
| 2/13/2024 | Brooks LaRou Esq. | Draft/revise | drafted the introduction letter in English and Spanish to send to client | 0.40 | 130.00 |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/20/2024 | Steffany Sanguino | Paralegal | Prepare 1st draft of the State Court Summonses for each Defendant. | 0.60 | 99.00 |
| 2/20/2024 | Steffany Sanguino | Paralegal | Inquire re: status of summonses to be issued by the clerk (we have yet to receive them signed by the Clerk). then, (It appears the summons need to be resubmitted.) | 0.20 | 33.00 |
| 2/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Court's Order of Referral and Notice of Court Practice in FLSA Cases. | 0.30 | 97.50 |
| 2/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Court's Paperless Order requiring joint responses from Defendants. | 0.10 | 32.50 |
| 2/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Draft Notice of Filing Proposed Summons for each Defendant (x2) | 0.30 | 97.50 |
| 2/21/2024 | Steffany Sanguino | Paralegal | Draft email to process server re: instructions for service of the summonses and complaint | 0.30 | 49.50 |
| 2/21/2024 | Steffany Sanguino | Paralegal | I called the client to request his estimated breakdown of hours he owed. no.a. I couldn't leave a v.m. I sent the client a text. | 0.10 | 16.50 |
| 2/21/2024 | Steffany Sanguino | Paralegal | Draft spreadsheet calculating OT hours owed to client | 1.60 | 264.00 |
| 2/21/2024 | Steffany Sanguino | Paralegal | Receipt of email from process server providing confirmation of receipt and the Summonses and Complaint are out for service (Nos. 2024000257 and 2024000258.) | 0.20 | 33.00 |
| 2/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Summons for Cusano AC & Heating and John Cusano. | 0.20 | 65.00 |
| 2/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Clerk's stamped summons as to both Defendants. | 0.20 | 65.00 |
| 2/23/2024 | Brooks LaRou Esq. | Draft/revise | Draft notice of appearance on behalf of Winston Maracallo | 0.20 | 65.00 |
| 2/23/2024 | Steffany Sanguino | Paralegal | I tried calling the client to f.u with our text about calculations, but the call doesnt go through; it says the client is not accepting calls. I texted the client requesting to contact our office. | 0.10 | 16.50 |
| 2/26/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with his calculations. The call did not go through, and I cannot leave a v.m. I sent the client a text and an email. | 0.20 | 33.00 |
| 2/26/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review and analyze the time and payment records, and other supporting documentation of hours worked submitted by client. | 0.80 | 260.00 |
| 2/26/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Initial calculation of client's unpaid wages. | 0.50 | 162.50 |
| 2/26/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Drafted statement of claim. | 0.50 | 162.50 |
| 2/27/2024 | Steffany Sanguino | Paralegal | The client emailed me his estimated calculations. I saved that information and then emailed the client requesting his witnesses. | 0.30 | 49.50 |
| 2/27/2024 | Steffany Sanguino | Paralegal | Exchange of emails with the client about his witnesses. | 0.10 | 16.50 |
| 2/29/2024 | Steffany Sanguino | Paralegal | Calculations for the hours have been drafted. | 0.60 | 99.00 |
| | Brooks | Receipt, Review, | Review of client's calculation of damages and comparison to firm's | | |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/29/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of client's calculation of damages and comparison to firm's initial estimation. | 0.50 | 162.50 |
| 2/29/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Revisions to calculation of damages. | 0.50 | 162.50 |
| 2/29/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Revisions to draft of Statement of Claim. | 0.30 | 97.50 |
| 2/29/2024 | Steffany Sanguino | Paralegal | I tried calling the client to obtain information about his estimate calculations and the estimate we drafted, but no.a. I couldn't leave a v.m. | 0.10 | 16.50 |
| 2/29/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Drafted email to client regarding estimation of damages and Statement of Claim for review. | 0.20 | 65.00 |
| 2/29/2024 | Steffany Sanguino | Paralegal | An email about the SOC and calculations has been sent to the client. I texted the client to inform him. | 0.10 | 16.50 |
| 3/1/2024 | Steffany Sanguino | Paralegal | Email exchange with the client about the SOC and hours. | 0.30 | 49.50 |
| 3/4/2024 | Steffany Sanguino | Paralegal | File review, confirmed the SOC was filed and marked off tasks. | 0.10 | 16.50 |
| 3/6/2024 | Steffany Sanguino | Paralegal | I emailed our process server to f.u with the service of the summons and the complaint. | 0.10 | 16.50 |
| 3/6/2024 | Brian H. Pollock Esq. | Draft/revise | Drafted ltr to client re statement of claim eng and spa | 0.40 | 200.00 |
| 3/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Magistrate Judge Goodman's Order on Discovery Procedures. | 0.30 | 97.50 |
| 3/12/2024 | Steffany Sanguino | Paralegal | Return or Service for John Cusano. | 0.30 | 49.50 |
| 3/12/2024 | Steffany Sanguino | Paralegal | Return or Service for Cusano Air Conditioning. | 0.30 | 49.50 |
| 3/12/2024 | Steffany Sanguino | Paralegal | Draft Notice of Filing Affidavit of Service for each Defendant (x2) | 0.30 | 49.50 |
| 3/12/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with his witnesses. | 0.10 | 16.50 |
| 3/13/2024 | Steffany Sanguino | Paralegal | Steve retracted the service for Cusano because, according to him, it was not good. They can't substitute serve an individual outside a residence. Steve has requested a home address. I checked the online records but couldn't find anything in Sunbiz or searching a property with the name. I emailed the client requesting to see if he has the home address for Cusano. I also f.u with the client's witnesses for Rule 26. | 0.20 | 33.00 |
| 3/14/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Reviewed Returns of Service for Cusano AC & Heating and John Cusano. | 0.20 | 65.00 |
| 3/14/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with a new address for the defendants. The client is out of town so the call goes straight to VM. | 0.10 | 16.50 |
| 3/15/2024 | Steffany Sanguino | Paralegal | I tried calling the client to f.u with an address for the defendant, no. a. I couldn't leave a VM. I sent a text to the client. | 0.10 | 16.50 |
| 3/18/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with a home address for the Cusano's, no.a. I left a VM, and sent an email. I also researched property with the defendant's last name but found nothing in Broward or Miami counties. | 0.20 | 33.00 |

I called the client to f.u with his witnesses and a home address for the

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/21/2024 | Steffany Sanguino | Paralegal | I called the client to f.u with his witnesses and a home address for the Cusanos. I then sent the client a detailed email requesting the information. | 0.30 | 49.50 |
| 3/25/2024 | Steffany Sanguino | Paralegal | F/U call to client to discuss his witnesses | 0.20 | 33.00 |
| 3/26/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of file in preparation for phone call with counsel for Defendants. | 0.30 | 97.50 |
| 3/27/2024 | Brooks LaRou Esq. | Phone Call | T/c with counsel for Defendants to discuss case | 0.20 | 65.00 |
| 3/27/2024 | Brooks LaRou Esq. | Email Communication | Email to/from counsel for Defendants regarding their proposed motion for extension of time to respond to Complaint. | 0.10 | 32.50 |
| 3/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' draft Motion for Extension to Respond to Complaint and proposed order granting the same. | 0.20 | 65.00 |
| 3/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order granting Defendant's Motion for Extension to respond to Complaint. | 0.10 | 32.50 |
| 3/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Compiled documents for production to Defendants in connection with service of Plaintiff's Statement of Claim. | 0.60 | 195.00 |
| 3/27/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants serving Court's Order of Referral and Notice of Practice in FLSA Cases, Plaintiff's Statement of Claim, and supporting documents. | 0.10 | 32.50 |
| 4/3/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with his witnesses. | 0.10 | 16.50 |
| 4/4/2024 | Steffany Sanguino | Paralegal | The client emailed me back, asking me to contact him at 561-873-9251. I tried calling, but no one answered. I left a VM and emailed the client back, letting him know I called back and requesting his list of witnesses. | 0.20 | 33.00 |
| 4/4/2024 | Steffany Sanguino | Paralegal | Email exchange with the client about his witnesses. | 0.10 | 16.50 |
| 4/4/2024 | Steffany Sanguino | Paralegal | The first draft of rule 26 has been completed. | 0.40 | 66.00 |
| 4/4/2024 | Steffany Sanguino | Paralegal | The client confirmed he only has one witness, which is Luis Cabrera. He was another Tech hired to work with the client while the client was absent for medical reasons. The client stated he did not have any supervisors or managers, and he also commented that sometimes, during the busy season, they will hire freelancers, but he does not have their names or information. | 0.20 | 33.00 |
| 4/4/2024 | Brooks LaRou Esq. | Draft/revise | Review and revise Plaintiff's Rule 26 Initial Disclosures before submission to defense counsel | 0.60 | 195.00 |
| 4/4/2024 | Steffany Sanguino | Paralegal | The final draft for Rule 26 has been completed and emailed to OC. | 0.20 | 33.00 |
| 4/9/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Calculated deadlines for Defendants' Response to Statement of Claim, for scheduling and conducting Settlement Conference, and calendared the same. | 0.20 | 65.00 |
| 4/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by John Doty as counsel for Defendants. | 0.10 | 32.50 |
| 4/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by John Doty as counsel for Defendants. | 0.10 | 32.50 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Answer and Affirmative Defenses. | 0.50 | 162.50 |
| 4/12/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Research regarding inapplicability in FLSA actions of Defendants' Affirmative Defense #10 regarding mitigation of damages. | 0.40 | 130.00 |
| 4/12/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Charles Caulkins and John Doty) regarding Defendants' non-filing of Response to Statement of Claim and requesting withdrawal of Affirmative Defense #10. | 0.30 | 97.50 |
| 4/12/2024 | Brooks LaRou Esq. | Email Communication | Receipt of emails from counsel for Defendants (Charles Caulkins) regarding Defendants' Response to Statement of Claim, and service of supporting documents. | 0.20 | 65.00 |
| 4/12/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding coordinating date for Settlement Conference. | 0.10 | 32.50 |
| 4/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Response to Statement of Claim and Exhibit thereto; comparison of Defendants' alleged damages with Plaintiff's claimed damages. | 0.50 | 162.50 |
| 4/14/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's paperless order regarding referral to settlement conference. | 0.10 | 32.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Juan Aragon regarding scheduling Settlement Conference. | 0.10 | 32.50 |
| 4/15/2024 | Steffany Sanguino | Paralegal | The Certificate of Interest Parties have been drafted. | 0.30 | 49.50 |
| 4/15/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Certificate of Interested Parties. | 0.30 | 97.50 |
| 4/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Steffany Sanguino regarding filing Plaintiff's Certificate of Interested Parties. | 0.10 | 32.50 |
| 4/16/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (John Doty) regarding Defendants' willingness to withdraw affirmative defense of Failure to Mitigate, and sending documents in support of Defendants' Response to Plaintiff's Statement of Claim. | 0.10 | 32.50 |
| 4/16/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Initial review of documents produced by Defendants in support of their Response to Plaintiff's Statement of Claim. | 0.10 | 32.50 |
| 4/16/2024 | Steffany Sanguino | Paralegal | Supporting documents from the defendant's responses have been received. | 0.10 | 16.50 |
| 4/19/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Notice of Availability for Settlement Conference. | 0.30 | 97.50 |
| 4/19/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Charles Caulkins and John Doty) regarding draft of Joint Notice of Availability for Settlement Conference. | 0.10 | 32.50 |
| 4/19/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Magistrate Judge Goodman's Order Scheduling Settlement Conference for 5/16/24; calendared the same. | 0.20 | 65.00 |
| 4/22/2024 | Brian H. Pollock Esq. | Draft/revise | draft ltr to client re in person settlement conf eng and spa | 0.40 | 200.00 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/22/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Juan Arragon regarding selection of new dates to reschedule Settlement Conference. | 0.10 | 32.50 |
| 4/22/2024 | Brooks LaRou Esq. | Email Communication | Email to Counsel for Defendants regarding rescheduling Settlement Conference set for 5/16/24. | 0.10 | 32.50 |
| 4/22/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion to Reschedule Settlement Conference. | 0.60 | 195.00 |
| 4/22/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order Granting Plaintiff's Motion to Reschedule Settlement Conference. | 0.20 | 65.00 |
| 4/23/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Charles Caulkins) regarding approval of alternate dates for Settlement Conference. | 0.10 | 32.50 |
| 4/23/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to Plaintiff's Unopposed Motion to Reschedule Settlement Conference. | 0.10 | 32.50 |
| 4/23/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Plaintiff's Motion to Reschedule Settlement Conference and Proposed Order granting the same. | 0.10 | 32.50 |
| 4/23/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order granting Motion to Reschedule Settlement Conference. | 0.10 | 32.50 |
| 4/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of letter to client regarding Settlement Conference set for 5/21/24. | 0.10 | 32.50 |
| 4/25/2024 | Brooks LaRou Esq. | Email Communication | Email with counsel for Defendants (John Doty) regarding setting 4/26/24 phone call to discuss claims, defenses, and documents produced. | 0.10 | 32.50 |
| 4/26/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding assessment of claims, defenses, and possibility of settlement. | 0.20 | 65.00 |
| 4/29/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding preparing Joint Schedule Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 4/29/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt of email from counsel for Defendants (John Doty) regarding Defendants' calculation of Plaintiff's damages and review of Excel spreadsheet prepared by Defendants' counsel. | 0.20 | 65.00 |
| 4/30/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Scheduling Report and Proposed Scheduling Order. | 0.60 | 195.00 |
| 5/1/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to drafts of Joint Scheduling Report and proposed Scheduling Order. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Sent and received emails to counsel for Defendants (John Doty) regarding Defendant's request for initial settlement offer, and drafts of Joint Scheduling Report and proposed Scheduling Order. | 0.20 | 65.00 |
| 5/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Joint Scheduling Report, Proposed Schedule, and Joint Proposed Scheduling order revised/prepared by counsel for Defendant (John Doty). | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Email Communication | Email with counsel for Defendant approving revised Joint Scheduling Report, revised Proposed Schedule, and Joint Proposed Scheduling Order. | 0.10 | 32.50 |
| 5/1/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding scheduling call with client to | 0.10 | 32.50 |

| Date | Person | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/1/2024 | Brooks LaRou Esq. | Unassigned | discuss settlement authority. | 0.10 | 32.50 |
| 5/2/2024 | Steffany Sanguino | Paralegal | Drafted email to the client re: settlement negotiations | 0.20 | 33.00 |
| 5/2/2024 | Steffany Sanguino | Paralegal | Email exchange with the client about scheduling a telephone conference between him and Brooks. | 0.20 | 33.00 |
| 5/2/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with the scheduling of the telephone conference. | 0.10 | 16.50 |
| 5/3/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding Defendants' estimation of damages, settlement authority, and job duties while working for Defendants. | 0.70 | 227.50 |
| 5/3/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) conveying initial settlement offer. | 0.20 | 65.00 |
| 5/10/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt of voicemail from counsel for Defendants (John Doty). | 0.10 | 32.50 |
| 5/13/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) regarding scheduling call to discuss potential for settlement. | 0.10 | 32.50 |
| 5/13/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding settlement negotiations, and assessment of claims and defenses. | 0.20 | 65.00 |
| 5/14/2024 | Steffany Sanguino | Paralegal | File review, marked off tasks. | 0.10 | 16.50 |
| 5/15/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Conferral with Brian Pollock regarding response to Defendants' settlement offer, and preparation for settlement conference. | 0.20 | 65.00 |
| 5/15/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) conveying settlement counteroffer. | 0.10 | 32.50 |
| 5/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding settlement negotiations. | 0.10 | 32.50 |
| 5/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding settlement negotiations. | 0.10 | 32.50 |
| 5/15/2024 | Brooks LaRou Esq. | Draft/revise | Drafted confidential pre-Settlement Conference statement to Magistrate Judge Goodman. | 1.60 | 520.00 |
| 5/16/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding reserving interpreter for Settlement Conference. | 0.10 | 32.50 |
| 5/17/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) regarding settlement negotiations. | 0.10 | 32.50 |
| 5/17/2024 | Steffany Sanguino | Paralegal | I emailed the client to confirm if he was still out of town, and to try to schedule a telephone conference with Brooks. | 0.10 | 16.50 |
| 5/17/2024 | Brooks LaRou Esq. | Email Communication | Receipt of and response to email from counsel for Defendants (John Doty) regarding settlement negotiations. | 0.20 | 65.00 |
| 5/17/2024 | Brooks LaRou Esq. | Phone Call | T/c with counsel for Defendants (John Doty) regarding status of settlement negotiations. | 0.20 | 65.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/17/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding settlement negotiations. | 0.10 | 32.50 |
| 5/20/2024 | Steffany Sanguino | Paralegal | I called the client to confirm he will attend the in-meeting at tomorrow's settlement conference and discuss particulars | 0.30 | 49.50 |
| 5/20/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (John Doty) regarding settlement negotiations. | 0.10 | 32.50 |
| 5/20/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Provide instructions to Mr. LaRou for terms to demand in settlement in a final attempt to avoid having to prepare for and then attend tomorrow's settlement conference - for which we have arranged a professional interpreter to attend | 0.20 | 100.00 |
| 5/20/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) convey settlement counteroffer. | 0.20 | 65.00 |
| 5/20/2024 | Brooks LaRou Esq. | Phone Call | Phone calls with counsel for Defendants (John Doty) regarding acceptance of Plaintiff's settlement offer, in camera submission of settlement documents, and notifying the Court of settlement. | 0.20 | 65.00 |
| 5/20/2024 | Steffany Sanguino | Paralegal | We called the client to inform him that we settled his case, and he won't need to attend tomorrow's settlement conference in person. | 0.10 | 16.50 |
| 5/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Joint Notice of Settlement drafted by counsel for Defendants. | 0.10 | 32.50 |
| 5/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Joint Notice of Consent to U.S. Magistrate Jurisdiction drafted by counsel for Defendants. | 0.10 | 32.50 |
| 5/20/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) approving drafts of Joint Notice of Settlement and Joint Notice of Consent to U.S. Magistrate Jurisdiction. | 0.10 | 32.50 |
| 5/20/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding notifying Magistrate Judge Goodman's chambers of settlement. | 0.10 | 32.50 |
| 5/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order Cancelling Settlement Conference. | 0.10 | 32.50 |
| 5/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order reassigning case to Magistrate Judge Goodman for all further proceedings. | 0.10 | 32.50 |
| 5/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order setting Zoom Fairness Hearing for 5/31/24. | 0.10 | 32.50 |
| 5/21/2024 | Steffany Sanguino | Paralegal | Receipt the Joint Notice of Settlement. | 0.10 | 16.50 |
| 5/21/2024 | Steffany Sanguino | Paralegal | Receipt of paperless order canceling the settlement conference. | 0.10 | 16.50 |
| 5/22/2024 | Steffany Sanguino | Paralegal | We emailed the W4 and W9 to the client. | 0.10 | 16.50 |
| 5/23/2024 | Steffany Sanguino | Paralegal | I called the client to inform him about the W4 and W9 we need from him | 0.10 | 16.50 |
| 5/23/2024 | Steffany Sanguino | Paralegal | We received the W4 signed by the client. | 0.10 | 16.50 |
| 5/23/2024 | Steffany Sanguino | Paralegal | I called the client to let him know we are missing the W9. | 0.10 | 16.50 |

| Date | Attorney | Category | Description | Hours | Total |
|---|---|---|---|---|---|
| 5/23/2024 | Stefanny Sanguino | Paralegal | We received the W9 signed by the client. | 0.10 | 16.50 |
| 5/28/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Filing retainer agreement and billing/cost records. | 0.20 | 65.00 |
| 5/28/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (John Doty) regarding draft of settlement agreement. | 0.10 | 32.50 |
| 5/28/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (John Doty) regarding draft of settlement agreement and request to contact Judge Goodman's chambers regarding pre-hearing procedures for 5/31/24 fairness hearing. | 0.10 | 32.50 |
| 5/28/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt of email with the proposed settlement agreement; then, revise same and draft responsive email | 1.20 | 600.00 |
| 5/28/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review time entries for redaction prior to submission to the Court | 0.40 | 200.00 |

**Services Subtotal: 11,991.50**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 2/12/2024 | FairLaw Firm | Filing Fee - Federal Court |  | 405.00 |
| 3/12/2024 | FairLaw Firm | Service of Process | Service of Process for John Cusano | 47.00 |
| 3/12/2024 | FairLaw Firm | Service of Process | Service of Process for Cusano Air Conditioning. | 47.00 |

**Expenses Subtotal: 499.00**

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

**Total: 12,490.50**